# KAMMEN & MOUDY

*Attorneys at Law*

135 N. PENNSYLVANIA STREET, SUITE 1175

INDIANAPOLIS, IN 46204

RICHARD KAMMEN
JOSHUA MOUDY

**TELEPHONE** (317) 236-0400
**FACSIMLE** (317) 638-7976

Grace Atwater

October 2, 2018

Hon. Joseph F Bianco

By ECF

Re US v. Hernandez-Vasquez 16-403

Dear Judge Bianco

I was recently appointed as Learned Counsel in this case. After I learned of my appointment, I also learned that there is a pre-trial conference on Oct 5, 2018 at 11:00. Regrettably, I am unable to attend. I have plans of long standing that could not be changed. I apologize to the court for any inconvenience and will, of course do my best to attend all future conferences.

I understand that Mr. Branden will be present for the conference.

For future scheduling purposes, I am presently scheduled for trial in the Southern District of Indiana commencing December 10. There is a pre-trial in that case on November 29th.

Very Respectfully,

 /s/Richard Kammen
Richard Kammen
Attorney at Law

Richard@Kammenlaw.com

CC

US Atty and
All Counsel by ECF

2

Case 2:16-cr-00403-JFB   Document 646   Filed 10/02/18   Page 2 of 2 PageID #: 2956

2