# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ           **DATE:** 4/29/2022  (1hour)

**DOCKET No.** CR- 16-403 (S-7)

**DEFENDANT:**    Ruendy Jhonatan Hernandez-Vasquez        **DEF. #30**
Present in custody


**DEFENSE COUNSEL: James M. Branden**
CJA Appointment


**A.U.S.A.**:       Scotti, Paul     , Justina Geraci
INTERPRETER:   [James Boardman] -- [Spanish]   sworn
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Lisa Schmid              MAGISTRATE DEPUTY: KM

- ☒ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (*~Util-Plea Entered*)     ☐ Initial Appearance
- ☐ Telephone Conference       ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary     ☒ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☒ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
    ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☒ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement.  Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

☒ Defendant withdraws previous plea of not guilty and enters a plea of guilty to count __ONE__ of the SEVENTH Superseding Indictment. (S-7)

☒ The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial.

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set for 11/18/2022 at 11:30 a.m.
☐ Government moves for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☐ OTHER:
☒ Defendant continued: ☒ in custody ☐ on bond